Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@finkelsteinthompson.com
Mark Punzalan (State Bar No. 247599)
Email: mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Counsel for Plaintiff The Phipps Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: Webkinz Antitrust Litigation | **CASE NO. M-08-CV-01987 JSW**<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION** |
| This document also relates to:<br><br>NUTS FOR CANDY, a Sole Proprietorship, individually and on behalf of all others similarly situated,<br>              Plaintiff,<br><br>              v.<br><br>GANZ, INC. and GANZ U.S.A. LLC,<br>              Defendants. | **CASE NO.  CV-08-2873 JSW** |
| This document also relates to:<br><br>THE PHIPPS CORPORATION, d/b/a School-Crossing, Inc., on behalf of itself and all others similarly situated,<br>              Plaintiff,<br><br>              v.<br><br>GANZ, INC. and GANZ U.S.A. LLC,<br>              Defendants. | **CASE NO.  CV-08-5235 JSW** |

The Parties, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on October 17, 2008, the Judicial Panel on Multidistrict Litigation consolidated the following actions in this Court for pretrial proceedings:

- *Nuts for Candy v. Ganz, Inc., et al.,* Case No. 3:08-2873;
- *Scott Comstock, et al. v. Ganz, Inc., et al.,* Case No. 1:08-4167; and
- *Cortes Country Stores, Inc., etc. v. Ganz, Inc., et al.,* Case No. 1:08-11184.

WHEREAS, the above three actions (collectively captioned as *In Re: Webkinz Antitrust Litigation,* Case No. M-08-cv-01987 JSW), were brought against the same Defendants, Ganz, Inc. and Ganz U.S.A., LLC, and all allege that Defendants implemented an illegal tying arrangement requiring retailers to buy unrelated products from them in order to purchase their popular Webkinz toys;

WHEREAS, on November 19, 2008, Plaintiff The Phipps Corporation, d/b/a School-Crossing, Inc., filed an action against Defendants Ganz, Inc. and Ganz U.S.A., LLC in this Court titled *The Phipps Corporation, d/b/a School-Crossing, Inc.* v. *Ganz, Inc.*, Case No. CV-08-5235 (hereinafter, "*School-Crossing*");

WHEREAS, on December 4, 2008, *School-Crossing* was deemed related to *Nuts for Candy v. Ganz, Inc., et al.,* Case No. 3:08-2873, and was assigned to this Court, as they both involve substantially the same defendants; arise from the same or closely related transactions, happenings, or events; and call for determination of the same or substantially related or similar questions of law and fact;

WHEREAS, in an effort to effectively manage this litigation and move it forward in an efficient manner,

IT IS HEREBY STIPULATED THAT:

The action titled *The Phipps Corporation, d/b/a School-Crossing, Inc.* v. *Ganz, Inc.*, Case No. CV-08-5235 JSW should be consolidated with *In Re: Webkinz Antitrust Litigation*, Case No. M-08-cv-01987 JSW for pretrial proceedings.

| | | |
|---|---|---|
| 1 | Dated: January 27, 2009 | **FINKELSTEIN THOMPSON LLP** |
| 2 | | By: /s/ Rosemary M. Rivas |
| | | Rosemary M. Rivas |
| 3 | | |
| 4 | | 100 Bush Street, Suite 1450 |
| | | San Francisco, California 94104 |
| 5 | | Telephone: (415) 398-8700 |
| | | *Attorneys for Plaintiff The Phipps Corporation* |
| 6 | | |
| 7 | Dated: January 27, 2009 | **COTCHETT, PITRE & McCARTHY** |
| | | By: /s/ Steven N. Williams |
| 8 | | Steven N. Williams |
| 9 | | |
| | | 840 Malcolm Road, Suite 200 |
| 10 | | Burlingame, California 94010 |
| | | Telephone: (650) 697-6000 |
| 11 | | *Attorneys for Plaintiff Nuts for Candy* |
| 12 | Dated: January 27, 2009 | **PHILLIPS & GARCIA, LLP** |
| 13 | | By: /s/ Andrew J. Garcia |
| | | Andrew J. Garcia |
| 14 | | |
| 15 | | 13 Ventura Drive |
| | | North Dartmouth, MA 02747 |
| 16 | | Telephone: (877) 892-5620 |
| | | *Attorneys for Plaintiff Cortes Country Stores, Inc.* |
| 17 | Dated: January 27, 2009 | **GOLD & COULSON** |
| 18 | | By: /s/ Arthur S. Gold |
| | | Arthur S. Gold |
| 19 | | |
| 20 | | 11 S. LaSalle Street, Suite 2402 |
| | | Chicago, Illinois 60603 |
| 21 | | Telephone: (312) 372-0777 |
| 22 | | **PHILLIPS & GARCIA, LLP** |
| 23 | | By: /s/ Paul Gerard Hamel |
| | | Paul Gerard Hamel |
| 24 | | |
| 25 | | 13 Ventura Drive |
| | | North Dartmouth, MA 02747 |
| 26 | | Telephone: (877) 892-5620 |
| | | *Attorneys for Plaintiffs Scott Comstock, Sherri Comstock,* |
| 27 | | *d/b/a The Cheshire Cat and The Spotted Crocodile* |
| 28 | | |

-2-
STIPULATION REGARDING CONSOLIDATION
CASE NO. M-08-CV-01987 JSW

| | | |
|---|---|---|
| 1 | Dated: January 27, 2009 | **BAKER & HOSTETLER LLP** |
| 2 | | By: /s/ Robin Harvey |
| | | Robin Harvey |
| 3 | | |
| 4 | | 312 Walnut Street, Suite 3200 |
| | | Cincinnati, Ohio 45202 |
| 5 | | Telephone: (513) 929-3409 |
| | | *Attorneys for Defendants GANZ, INC. and* |
| 6 | | *GANZ U.S.A., LLC* |

-3-
STIPULATION REGARDING CONSOLIDATION
CASE NO. M-08-CV-01987 JSW

Pursuant to the Parties' stipulation, and good cause appearing:

**IT IS HEREBY ORDERED** that *The Phipps Corporation, d/b/a School-Crossing, Inc. v. Ganz, Inc.*, Case No. CV-08-5235 JSW is hereby consolidated with *In Re: Webkinz Antitrust Litigation,* Case No. M-08-cv-01987 JSW for pretrial proceedings.

Dated: __January 29__, 2009   _____
HONORABLE JEFFREY S. WHITE